THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL GUZMAN, Appellant. (Appeal No. 2.) [45 NYS3d 850]—Appeal from a judgment of the Wayne County Court (Daniel G. Barrett, J.), rendered January 26, 2012. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree (four counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Guzman* ([appeal No. 1] 147 AD3d 1450 [2017]). Present—Whalen, P.J., Centra, Lindley, DeJoseph and Scudder, JJ.